**Order entered July 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00351-CR

**CORY ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-31175-Q**

## ORDER

Appellant's brief cites to the clerk's record, but the clerk's record has not been filed in this Court. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE